

# NUMBER 13-19-00326-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

OSCAR DAVILA RODRIGUEZ, Appellant,

v.

THE STATE OF TEXAS, Appellee.

**On appeal from the 139th District Court
of Hidalgo County, Texas.**

# ORDER OF ABATEMENT

**Before Chief Justice Contreras and Justices Longoria and Perkes
Order Per Curiam**

This cause is before the Court on appellant's second amended fourth unopposed motion for extension of time to file the brief. Appellant's brief was originally due to be filed on February 5, 2020, and this Court previously granted appellant two extensions by letter. On October 19, 2020, we ordered the Honorable O. Rene Flores, counsel for appellant,

to file the appellate brief on or before November 3, 2020. Appellant did not comply with the order and has now filed a fourth motion requesting additional time to file the appellate brief in this cause.

Accordingly, we CARRY the fourth motion for extension of time. We now ABATE this appeal and REMAND the cause to the trial court for further proceedings pursuant to Rule 38.8(b)(2) and (3) of the Texas Rules of Appellate Procedure. Upon remand, the trial court shall utilize whatever means necessary to make appropriate findings and recommendations concerning the following: (1) whether appellant desires to prosecute this appeal; (2) why appellant's counsel has failed to file a brief and whether counsel has effectively abandoned the appeal; (3) whether appellant has been denied effective assistance of counsel; (4) whether appellant's counsel should be removed; and (5) whether appellant is indigent and entitled to court-appointed counsel.

If the trial court determines that appellant does want to continue the appeal, that present counsel should be removed, and that appellant is indigent and entitled to court-appointed counsel, the trial court shall appoint new counsel to represent appellant in this appeal. If new counsel is appointed, the name, address, telephone number, email address, and state bar number of said counsel shall be included in an order appointing counsel.

The trial court shall cause its findings and recommendations, together with any orders it may enter regarding the aforementioned issues, to be included in a supplemental clerk's record. Furthermore, the trial court shall cause a supplemental reporter's record of any proceedings to be prepared. The supplemental clerk's record and supplemental

reporter's record, if any, shall be filed with the Clerk of this Court on or before December 10, 2020.

It is so ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
17th day of November, 2020.